UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - -

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>vs.<br><br>TOKHTAKHOUNOV ET AL.<br>ILLYA TRINCHER,<br><br>      Defendants. | Case No. 1:13-cr-00268-JMF-6<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

Pursuant to rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I David Z. Chesnoff, Esq., hereby move this Court for an order for admission to practice Pro Hac Vice to appear as counsel for Illya Trincher in the above-captioned action.

I am in good standing of the bar of the state of Nevada and there are no pending disciplinary proceedings against me in any state or federal court.

DATED this 24nd day of April, 2013.

                                      Respectfully Submitted,

                                      /s/ David Z. Chesnoff, Esq.
                                      David Z. Chesnoff, Esq.
                                      Chesnoff & Schonfeld
                                      520 South Fourth Street
                                      Las Vegas, Nevada 89101
                                      702-384-5563
                                      702-598-1425-fax
                                      Dzchesnoff@cslawoffice.net

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:13-cr-00268-JMF-6 |
| vs. ) | |
| TOKHTAKHOUNOV ET AL. ) | |
| ILLYA TRINCHER, ) | |
| ) | ORDER FOR ADMISSION |
| ) | PRO HAC VICE |
| Defendants. ) | |
| ) | |

The motion of David Z. Chesnoff, Esq, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Nevada; and that his contact information is as follows:

David Z. Chesnoff, Esq.
Chesnoff & Schonfeld
520 South Fourth St
Las Vegas, Nevada 89101
Telephone: 702-384-5563
Facsimile:702-598-1425

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Illya Trincher in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, Including the Rules governing discipline of attorneys.

**DATED** this _____ day of April, 2013.

_____
**THE HONRABLE JESSE M. FURMAN**
**UNITED STATES DISTRICT COURT JUDGE**

# STATE BAR OF NEVADA

## Certificate of Good Standing

### David Z. Chesnoff

(Bar Number 2292) was admitted by the Supreme Court of the State of Nevada on 9/29/1981 as an Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada, it is hereby further certified that **DAVID Z. CHESNOFF** is now an *Active* member of the State Bar of Nevada in good standing.

DATED this Monday, April 22, 2013

Suzanne Walters
Member Services Assistant
State of Nevada

